# Executive Development Associates, Inc.

## Balance Sheet

As of July 31, 2025

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Academy Bank-Money Market | 12,730.60 |
| BMO Harris Account | 0.00 |
| Chase Checking | 0.00 |
| Chase-Employee Bonus | 0.00 |
| Chase-Operations | 73,959.81 |
| Chase-Savings | 600.14 |
| PayPal Account | 0.00 |
| SVB Checking | 100.00 |
| SVB Money Market | 1,065.35 |
| **Total Bank Accounts** | **$88,455.90** |
| Accounts Receivable | |
| Accounts Receivable | 20,923.88 |
| **Total Accounts Receivable** | **$20,923.88** |
| Other Current Assets | |
| Allowance for Bad Debts | 0.00 |
| Due from SurveySaurus, Inc. | 0.00 |
| Intercompany Accounts Receivable | 0.00 |
| Investment | 0.00 |
| Prepaid Expense | 0.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$109,379.78** |
| Fixed Assets | |
| Accumulated Amortization - R&D costs | -143,559.00 |
| Accumulated Depreciation | 0.00 |
| Accumulated Dep, Computers | -13,142.16 |
| Accumulated Dep, Equipment | -65,337.61 |
| Accumulated Dep, SUV | -55,254.00 |
| **Total Accumulated Depreciation** | **-133,733.77** |
| Fixed Asset | |
| Computers | 19,016.33 |
| Equipment | 65,337.61 |
| Furniture | 0.00 |
| SS Technology Platform | 429,782.01 |
| Vehicle - SUV | 55,254.00 |
| **Total Fixed Asset** | **569,389.95** |

# Executive Development Associates, Inc.

## Balance Sheet

### As of July 31, 2025

| | TOTAL |
|---|---|
| R&D Capitalized Costs | 1,506,387.85 |
| **Total Fixed Assets** | **$1,798,485.03** |
| Other Assets | |
| Accumulated Amortization | -759,819.00 |
| Goodwill | 525,000.00 |
| **Total Other Assets** | **$ -234,819.00** |
| **TOTAL ASSETS** | **$1,673,045.81** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 109,922.78 |
| **Total Accounts Payable** | **$109,922.78** |
| Credit Cards | |
| American Express Amy - PLATINUM | 0.00 |
| American Express Bonnie - PLATINUM | 21,189.88 |
| American Express Darla | 0.00 |
| American Express David | 0.00 |
| Chase Ink Credit Card | |
| Chase Ink Credit Card - Bonnie | 30,579.81 |
| Chase Ink Credit Card - David | 0.00 |
| Chase Ink Credit Card - Maria | 0.00 |
| **Total Chase Ink Credit Card** | **30,579.81** |
| EDA Bonnie-American Express GOLD | 0.00 |
| **Total Credit Cards** | **$51,769.69** |
| Other Current Liabilities | |
| Accrued expenses | 0.00 |
| Accrued Interest | |
| Accrued Interest, Bonnie | 3,068.59 |
| Accrued Interest, EIDL | 86,872.53 |
| **Total Accrued Interest** | **89,941.12** |
| Accrued Payroll | 16,661.56 |
| Deferred Compensation | 0.00 |
| Deferred Revenue | 0.00 |
| Loan - OKC Small Business | 0.00 |
| Loan - PPP | 0.00 |
| Other payables | 0.00 |
| Payroll Tax | 0.00 |
| **Total Other Current Liabilities** | **$106,602.68** |
| **Total Current Liabilities** | **$268,295.15** |

# Executive Development Associates, Inc.

## Balance Sheet

As of July 31, 2025

| | TOTAL |
|---|---:|
| Long-Term Liabilities | |
| Client Retainers | 0.00 |
| Credibly | 130,363.70 |
| Daintree Loan | 0.00 |
| Line of Credit - Academy Bank | 36,816.93 |
| Line of Credit - Amex | 130,687.34 |
| Loan - EIDL | 1,685,900.00 |
| Loan - SUV | 0.00 |
| Loan payable, Pete Delaney | 0.00 |
| Loan, Bonnie Hagemann | 63,274.02 |
| Loan, Liberty Funding Solutions | 77,678.58 |
| Loan-Fundomate | 169,640.54 |
| Loans with Surverysaurus | 0.00 |
| N/P--B. Timms | 0.00 |
| N/P--Bolt | 0.00 |
| N/P--Chase | 0.00 |
| N/P--Hagemann | 0.00 |
| N/P--S. Dale | 0.00 |
| Pershing Ventures | 98,008.80 |
| **Total Long-Term Liabilities** | **$2,392,369.91** |
| **Total Liabilities** | **$2,660,665.06** |
| Equity | |
| Capital Stock | 48,893.00 |
| Opening Balance Equity | 0.00 |
| Paid in Capital | 340,118.75 |
| Retained Earnings | -2,298,327.96 |
| SAFE | 1,062,358.00 |
| Shareholder Distributions | 0.00 |
| Net Income | -140,661.04 |
| **Total Equity** | **$ -987,619.25** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,673,045.81** |