**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| EXECUTIVE DEVELOPMENT ASSOCIATES, INC., | ) ) ) ) ) Case No. 26-40233-CAN-11 |
| Debtor, | ) Ch. 11 Reorganization ) ) |

**ENTRY OF APPEARANCE AND REQUEST FOR
PLEADINGS, NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned debtor. This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at bankruptcy@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Bryan W. Schaefer, PO Box 475, Jefferson City, MO 65105-0475.

Catherine L. Hanaway, Attorney General
State of Missouri

Bryan W. Schaefer, MO Bar # 77634
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO 65101
(573) 751-5602 FAX (573) 751-7232
Attorney for Department of Revenue

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on February 13, 2026.

Executive Development
Associates, Inc.
101 Park AveSte. 285
Oklahoma City, OK 73102

_____
Bryan W. Schaefer