**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, | ) | Case No. 26-40233 |
| | Inc. d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

**APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR**
**AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc., the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submit this Application for Employment of the law firm W M Law and its members to represent the Debtor in its Chapter 11 bankruptcy proceedings. In support of this Application the Debtors represents the following:

1.      On February 11, 2026, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as Debtor-in-Possession.

2.      The Debtor is a Missouri Corporation located in Lee's Summit, Missouri.

3.      The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4.      Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, Megan M. Tiede, Luke Trusdale and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as its counsel, and who have an office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.      W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6.      W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested

parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7.      W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.     W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $400.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $275.00 |
| Attorney, Bryan P. Cardwell | $275.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.   For entry in this Case, the W M Law has received from a retainer in the amount of $20,000, from the Debtors. The source of funds used for the retainer and filing fee were wire transfers from the Debtor.

12.     W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application.  WM Law has earned a portion of those funds and used $4,913 for pre-filing expenses and $1,738 of that $4,913 to pay the Chapter 11 Filing Fee.  The remaining balance of $15,087.00 is in trust, subject to court approval of fees.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

14. Attorney Ryan Blay, Senior Partner at W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

WHEREFORE, the Debtors respectfully request this Court's order approving the employment of Ryan A. Blay, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

|  |  |
|---|---|
| Dated: February 13, 2026 | Respectfully submitted,<br>WM Law |

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Application was served on Friday, February 13, 2026 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Proposed Counsel for Debtor/Debtor-in-Possession

Label Matrix for local noticing
0866-4
Case 26-40233-can11
Western District of Missouri
Kansas City
Fri Feb 13 16:26:19 CST 2026

Executive Development Associates, Inc.
101 Park Avenue, Ste. 285
Oklahoma City, OK 73102-7209

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Academy Bank
1200 E Santa Fe
Olathe KS 66061-0000

Academy Bank
1201 Walnut St.
Kansas City MO 64106-2149

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Bonnie Timms
836 N Broadway
in care of Helen Whitford
Edmond OK 73034-3607

Cable One, Inc.
c/o Todd Koetje, CEO
210 East Earll Drive
Phoenix AZ 85012-2626

Credibly of Arizona LLC
1501 W Fountainhead Parkway
#630
Tempe AZ 85282-1857

Credibly of Arizona LLC
25200 Telegraph Rd #350
Southfield MI 48033-7416

David Komar
7820 NW Cadwallader Rd.
Kansas City MO 64152-3012

Dikesh Chokshi
7414 Winding Lake Cir.
Oviedo FL 32765-5661

Epic Advance
311 Boulevard of the Americas
Lakewood NJ 08701-4958

Ershowsky Verstandig PLLC
c/o attorney Joseph Jacobs
290 Central Avenue, Ste. 109
Lawrence NY 11559-8507

Fundomate
8201 Beverly Blvd,
Los Angeles CA 90048-4542

Gian Colombo
1519 Nottingham Dr.
Winter Park FL 32792-2224

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Liv D'Aquino
716 Hemphill Rd.
Stockbridge GA 30281-2930

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

Pershing Ventures
1712 Pioneer Ave Suite 594
Cheyenne WY 82001-4406

(p)INTUIT FINANCING INC
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES
4315 PICKETT ROAD
ST JOSEPH MO 64503-1600

Scott Dannemiller
Lifework Associates
408 Ramble Woods Circle
Nashville TN 37221-4039

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Small Business Administration (SBA)
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Smart Business Funding
2420 NE 186th St
Miami FL 33180-0000

St. Luke's University Health Network
c/o Richard A Anderson, CEO
801 Ostrum St.
Bethlehem PA 18015-1000

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

George Matthew Barberich Jr
GlassRatner Advisory & Capital Group, LL
7101 College Boulevard
Suite 730
Overland Park, KS 66210-2075

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Quickbooks Capital
2700 Coast Ave.
Mountain View CA 94043-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In re:  Executive Development Associates,        )    Case No. 26-40233
        Inc. d/b/a EDA, Inc.                      )

                                                  )    Chapter 11 (Voluntary)
                                                  )
        Debtor and Debtor-in-Possession           )

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF AMENDED PPLICATION FOR**
**EMPLOYMENT OF COUNSEL FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE**
**ARRANGEMENT**

State of Kansas        )
                       ) ss.
County of Johnson      )

I, Ryan A. Blay, under oath and penalty of perjury hereby state the following:

1.      I am a senior partner with the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Chelsea Williamson, Jeffrey L. Wagoner, Ryan M. Graham, Errin P. Stowell, Bryan P. Cardwell, Megan M. Tiede, and Luke Trusdale, as well as myself and other paralegals/staff (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United States Bankruptcy Court for the District of Kansas.

2.      This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, Mast Trucking Inc.

3.      In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor.  To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4.      W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5.      W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

1

6.      The Debtors have requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $400.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $275.00 |
| Attorney, Bryan P. Cardwell | $275.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7.      After conflicts checks reasonable for the industry, it has been determined that W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s).

8.      In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9.      Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

10.     W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11.     The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 12, 2026

_____
Ryan A. Blay, KS #28110, MO# KS-001066
Senior Partner
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
blay@wagonergroup.com

Sworn to before on me this __12th__ day of __February__ 2026

ROSANA TOVALIN
Notary Public
State of Kansas
My Appt. Expires 3/29/20 28

_____
Notary Public

My commission expires: 03/29/28

3