**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, Inc. | ) | Case No. 26-40233 |
| | d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) ) | |

**SWORN STATEMENT UNDER THE PENALTY OF PERJURY FOR DEBTOR & DEBTOR-IN-POSSESSION EXECUTIVE DEVELOPMENT ASSOCIATES, INC. d/b/a EDA, INC. REGARDING THE REQUIREMENTS CONTAINED IN 11 U.S.C. §§1116(1)(A) and (1)(B)**

I, Bonnie Timms under oath and penalty of perjury hereby state the following:

1. I am the owner of the Debtor/Debtor-in-Possession, Executive Development Associates, Inc., d/b/a EDA, Inc.

2. Pursuant to 11 U.S.C. §§1116(1)(A) and (1)(B), the Debtor is required to append to the voluntary petition

   (A) its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or

   (B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

3. The Debtor has a Balance Sheet from July 2025, its most recent. It does not have a profit & loss form, although one can be generated. It does not have a statement of operations or cash-flow statement.

4. 2024 tax returns and the Debtor's most recent balance sheet will be filed contemporaneously with this statement.

/s Bonnie Timms                                                        Dated: February 13, 2026
Bonnie Timms, on behalf of Debtor
Executive Development Associates, Inc.,
d/b/a EDA, Inc.