**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:      Executive Development Associates, Inc.      )      Case No. 26-40233
d/b/a EDA, Inc.      )

)      Chapter 11 (Voluntary)
)
Debtor and Debtor-in-Possession

**Local Rule 2015-2(A) Statement**


Bonnie Timms, on behalf of Debtor/Debtor-in-Possession Executive Development Associates, Inc. d/b/a EDA, Inc. ("EDA"), states the following:

1.      . Whether a trustee or creditors committee was appointed in a prior bankruptcy case and, if so, their names and addresses:

N/A


2. Nature and status of each action or proceeding pending or threatened against debtor or his property, where a judgment against debtor or seizure of his property may be imminent:


Index #: **038045/2025**

Caption: **EPIC ADVANCE FUNDING LLC et al v. EXECUTIVE DEVELOPMENT ASSOCIATES INC et al**

Location:  **Supreme Court of the State of New York, Rockland County**

MCA lawsuit


3. All of debtor's property in possession or custody of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rents; names and addresses of such persons; the court in which proceedings are pending; and the status of proceedings:

N/A


4. Whether debtor is occupying premises under a lease; if so, the length of term, rent reserved, amount owing for rent, and status of any negotiations for modification of the lease and with whom;


No

1

5. Name and address of each utility providing service to debtor. Debtor shall serve a copy of the petition on each utility and certify service in the statement required herein:

N/A – Debtor operates virtually with no utilities

/s/ Bonnie Timms

_____                    Dated: 2/13/2026

Bonnie Timms