| Information to identify the case: | | |
|---|---|---|
| Debtor | **Executive Development Associates, Inc.** | EIN: 20–8359176 |
| | Name | |
| United States Bankruptcy Court   Western District of Missouri | | Date case filed for chapter:   11   2/11/26 |
| Case number:   26–40233–can11 | | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

**Notice of Chapter 11 Bankruptcy Case**                                              **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Executive Development Associates, Inc. | |
| 2. | **All other names used in the last 8 years** | aka EDA Inc. | |
| 3. | **Address** | 101 Park Avenue, Ste. 285<br>Oklahoma City, OK 73102 | |
| 4. | **Debtor's attorney**<br>Name and address | Ryan A. Blay<br>Wm Law<br>15095 W 116th St.<br>Olathe, KS 66049 | Contact phone 913–422–0909<br><br>Email: blay@wagonergroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | George Matthew Barberich Jr<br>GlassRatner Advisory & Capital Group, LLC<br>7101 College Boulevard<br>Suite 730<br>Overland Park, KS 66210 | Contact phone 913–389–9270<br><br>Email: mbarberich@glassratner.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open:<br>9:00 am – 4:30 pm<br><br>Contact phone 816–512–1800<br><br>Date: 2/12/26 |

**For more information, see page 2 >**

Debtor  **Executive Development Associates, Inc.**                     Case number  **26–40233–can11**

| | | |
|---|---|---|
| **7.** **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 16, 2026 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **BY PHONE w/ UST, 1– 888–330–1716, 9174206** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):**     4/22/26 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**        _____ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Western District of Missouri

In re:
Case No. 26-40233-can

Executive Development Associates, Inc.
Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0866-4        User: adkt        Page 1 of 3

Date Rcvd: Feb 12, 2026        Form ID: 309F2        Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Executive Development Associates, Inc., 101 Park Avenue, Ste. 285, Oklahoma City, OK 73102-7209 |
| tr | + | George Matthew Barberich, Jr, GlassRatner Advisory & Capital Group, LL, 7101 College Boulevard, Suite 730, Overland Park, KS 66210-2075 |
| 17488389 | + | Academy Bank, 1201 Walnut St., Kansas City MO 64106-2149 |
| 17488390 | | Academy Bank, 1200 E Santa Fe, Olathe KS 66061-0000 |
| 17488393 | + | Bonnie Timms, 836 N Broadway, in care of Helen Whitford, Edmond OK 73034-3607 |
| 17488397 | + | David Komar, 7820 NW Cadwallader Rd., Kansas City MO 64152-3012 |
| 17488398 | + | Dikesh Chokshi, 7414 Winding Lake Cir., Oviedo FL 32765-5661 |
| 17488399 | + | Epic Advance, 311 Boulevard of the Americas, Lakewood NJ 08701-4958 |
| 17488400 | + | Ershowsky Verstandig PLLC, c/o attorney Joseph Jacobs, 290 Central Avenue, Ste. 109, Lawrence NY 11559-8507 |
| 17488401 | + | Fundomate, 8201 Beverly Blvd,, Los Angeles CA 90048-4542 |
| 17488402 | + | Gian Colombo, 1519 Nottingham Dr., Winter Park FL 32792-2224 |
| 17488404 | + | Liv D'Aquino, 716 Hemphill Rd., Stockbridge GA 30281-2930 |
| 17488406 | + | Pershing Ventures, 1712 Pioneer Ave Suite 594, Cheyenne WY 82001-4406 |
| 17488408 | + | Scott Dannemiller, Lifework Associates, 408 Ramble Woods Circle, Nashville TN 37221-4039 |
| 17488412 | | Smart Business Funding, 2420 NE 186th St, Miami FL 33180-0000 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: blay@wagonergroup.com | Feb 12 2026 20:28:00 | Ryan A. Blay, Wm Law, 15095 W 116th St., Olathe, KS 66049 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 20:29:00 | Internal Revenue Service, Special Procedures, PO Box 66778, Stop 5028, St. Louis, MO 63166 |
| smg | + | Email/Text: ecfnotices@dor.mo.gov | Feb 12 2026 20:28:00 | Missouri Department of Revenue, General Counsel's Office, PO Box 475, Jefferson City, MO 65105-0475 |
| 17488392 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2026 20:46:17 | American Express, Customer Service, PO Box 981535, El Paso TX 79998-1535 |
| 17488391 | + | Email/PDF: bncnotices@becket-lee.com | Feb 12 2026 20:46:10 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 17488394 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Feb 12 2026 20:29:00 | Cable One, Inc., c/o Todd Koetje, CEO, 210 East Earll Drive, Phoenix AZ 85012-2626 |
| 17488395 | + | Email/Text: kmulligan@credibly.com | Feb 12 2026 20:29:00 | Credibly of Arizona LLC, 25200 Telegraph Rd #350, Southfield MI 48033-7416 |
| 17488396 | + | Email/Text: kmulligan@credibly.com | Feb 12 2026 20:29:00 | Credibly of Arizona LLC, 1501 W Fountainhead Parkway, #630, Tempe AZ 85282-1857 |
| 17488407 | | Email/Text: servicing@intuit.com | Feb 12 2026 20:29:00 | Quickbooks Capital, 2700 Coast Ave., Mountain View CA 94043-0000 |
| 17488403 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0866-4                                    User: adkt                                          Page 2 of 3
Date Rcvd: Feb 12, 2026                                 Form ID: 309F2                                    Total Noticed: 35

| | | Feb 12 2026 20:46:10 | JPMBCB Card Services, PO Box 15369, Wilmington DE 19850-5369 |
|---|---|---|---|
| 17488386 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Feb 12 2026 20:29:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 17488405 | Email/Text: ecfnotices@dor.mo.gov | Feb 12 2026 20:28:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 17488387 | Email/Text: ecfnotices@dor.mo.gov | Feb 12 2026 20:28:00 | Missouri Dept. of Revenue, Insolvency Unit, PO Box 475, Jefferson City MO 65105-0475 |
| 17488410 | Email/Text: bankruptcynotices@sba.gov | Feb 12 2026 20:29:00 | Small Business Administration, PO Box 3918, Portland OR 97208-3918 |
| 17488409 | + Email/Text: lrsc.legal@sba.gov | Feb 12 2026 20:29:00 | Small Business Administration, Commercial Loan Service Center, Attention: Purchase Unit, 2120 Riverfront Dr. Suite 100, Little Rock AR 72202-1794 |
| 17488411 | + Email/Text: bankruptcynotices@sba.gov | Feb 12 2026 20:29:00 | Small Business Administration (SBA), District Counsel, 220 West Douglas Ave, Ste. 450, Wichita KS 67202-3137 |
| 17488413 | ^ MEBN | Feb 12 2026 20:23:20 | St. Luke's University Health Network, c/o Richard A Anderson, CEO, 801 Ostrum St., Bethlehem PA 18015-1000 |
| 17488414 | Email/Text: USAMOW.ECFBankruptcy@usdoj.gov | Feb 12 2026 20:28:00 | US Attorney, 400 East 9th Street, Room 5510, Kansas City MO 64106-0000 |
| 17488415 | + Email/Text: bankruptcynotices@sba.gov | Feb 12 2026 20:29:00 | US SBA, 14925 Kingsport Rd., Fort Worth TX 76155-2243 |
| 17488416 | + Email/Text: elpasodlsc@sba.gov | Feb 12 2026 20:29:00 | US Small Business Admin., 10737 Gateway West, #300, El Paso TX 79935-4910 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17488388 | * | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                        Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0866-4                            User: adkt                                    Page 3 of 3
Date Rcvd: Feb 12, 2026                         Form ID: 309F2                                Total Noticed: 35

George Matthew Barberich, Jr
      mbarberich@glassratner.com

Jill Parsons
      on behalf of U.S. Trustee U.S. Trustee jill.parsons@usdoj.gov  tammy.d.hydeman@usdoj.gov

Ryan A. Blay
      on behalf of Debtor 1 Executive Development Associates  Inc. blay@wagonergroup.com,
      blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com


TOTAL: 3