**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, | ) | Case No. 26-4023 |
| | Inc. d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) ) | |

**EMERGENCY MOTION FOR AUTHORIZATION TO PAY CRITICAL VENDORS**

**COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc.., the debtor and debtor-in-possession herein (the "Debtor" or "EDA"), by and through counsel, Ryan A. Blay of WM Law, and moves the Court for entry of a preliminary order authorizing the Debtor's ability to pay vendors critical to the Debtor's operations. In support hereof, the Debtor states as follows:

1.  On February 11, 2026, Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").  Debtor is electing to proceed under Subchapter V.

2.  The Debtor has remained in possession of the property of its estate and continues operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.  The Debtor operates an executive development and coaching business for C-Suite professionals, largely remotely but headquartered in Lee's Summit, Missouri (the "Business").

4.  This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtor seeks relief under 11 U.S.C. § 363(c)(2) and (e), Fed. R. Bankr. P. 4001(b), and 11 U.S.C. § 105(a).

5.  The Debtor uses advanced technology which requires special maintenance and payments to vendors to keep it operational.

6.  In particular, the Debtor relies on two substantially expensive platforms:  Drata ($2,000 per month) and Azure ($5,000 per month) as noted in its technology and cybersecurity budget.

7.  Payments to critical vendors are, upon information and belief, incorporated into the budget submitted as part of the Debtor's Motion to Use Cash Collateral, filed contemporaneously.

**WHEREFORE**, the Debtor respectfully requests that the Court enter for (1) authority to pay critical vendors as discussed above and (2) such other and further relief as the Court deems just and proper.

Dated: 2/17/2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on 20:54, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

**[See attached Mailing Matrix]**                                    s/ Ryan A. Blay

Label Matrix for local noticing
0866-4
Case 26-40233-can11
Western District of Missouri
Kansas City
Fri Feb 13 16:26:19 CST 2026

Executive Development Associates, Inc.
101 Park Avenue, Ste. 285
Oklahoma City, OK 73102-7209

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Academy Bank
1200 E Santa Fe
Olathe KS 66061-0000

Academy Bank
1201 Walnut St.
Kansas City MO 64106-2149

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Bonnie Timms
836 N Broadway
in care of Helen Whitford
Edmond OK 73034-3607

Cable One, Inc.
c/o Todd Koetje, CEO
210 East Earll Drive
Phoenix AZ 85012-2626

Credibly of Arizona LLC
1501 W Fountainhead Parkway
#630
Tempe AZ 85282-1857

Credibly of Arizona LLC
25200 Telegraph Rd #350
Southfield MI 48033-7416

David Komar
7820 NW Cadwallader Rd.
Kansas City MO 64152-3012

Dikesh Chokshi
7414 Winding Lake Cir.
Oviedo FL 32765-5661

Epic Advance
311 Boulevard of the Americas
Lakewood NJ 08701-4958

Ershowsky Verstandig PLLC
c/o attorney Joseph Jacobs
290 Central Avenue, Ste. 109
Lawrence NY 11559-8507

Fundomate
8201 Beverly Blvd,
Los Angeles CA 90048-4542

Gian Colombo
1519 Nottingham Dr.
Winter Park FL 32792-2224

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Liv D'Aquino
716 Hemphill Rd.
Stockbridge GA 30281-2930

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

Pershing Ventures
1712 Pioneer Ave Suite 594
Cheyenne WY 82001-4406

(p)INTUIT FINANCING INC
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES
4315 PICKETT ROAD
ST JOSEPH MO 64503-1600

Scott Dannemiller
Lifework Associates
408 Ramble Woods Circle
Nashville TN 37221-4039

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Small Business Administration (SBA)
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Smart Business Funding
2420 NE 186th St
Miami FL 33180-0000

St. Luke's University Health Network
c/o Richard A Anderson, CEO
801 Ostrum St.
Bethlehem PA 18015-1000

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

George Matthew Barberich Jr
GlassRatner Advisory & Capital Group, LL
7101 College Boulevard
Suite 730
Overland Park, KS 66210-2075

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Quickbooks Capital
2700 Coast Ave.
Mountain View CA 94043-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36