**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-40233-can11 |
| Executive Development Associates, Inc. | ) | |
| | ) | |
| Debtor. | ) | |

**LIMITED OBJECTION OF UNITED STATES TRUSTEE TO DEBTOR'S
EMERGENCY MOTION FOR INTERIM ORDER TO USE CASH COLLATERAL**

Jerry Jensen, the Acting United States Trustee (the "UST") for Region 13, files this

limited objection to the Debtor's Motion for Interim Order to Use Cash Collateral, ECF Docket

No. 21 (the "Motion") filed on February 17, 2026. In support thereof, the UST respectfully

states:

The budget attached to the Motion is a generic, 90-day budget. It does not break down

the proposed spending categories by month, nor does it state which expenses, specifically, will

need to be paid during the interim period. Thus, the UST is unable to determine if the expenses

to be paid are reasonable and necessary to avoid immediate and irreparable harm, as required by

Rule 4001(b)(2)(A). Accordingly, the UST is unable to affirmatively support the Motion.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ Jill D. Parsons
Jill D. Parsons Mo. Bar #49835
Assistant United States Trustee
Office of the U.S. Trustee
400 East 9th St., Ste 3440
Kansas City, MO 64106
Telephone: (816) 512-1943
Email: jill.parsons@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the United States Trustee's Objection was served upon the Debtor by electronic notification pursuant to Fed. R. Bankr. P. 7005, incorporating Fed. R. Civ. P. this 18th day February, 2026.

By: /s/ Jill D. Parsons
Jill D. Parsons