# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, Inc. | ) | Case No. 26-40233 |
| | d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

## CERTIFICATE OF SERVICE OF
## NOTICE SETTING HEARING AND SETTING OBJECTION DEADLINE

The undersigned attorney for Debtor hereby certifies that the Notice of Order Setting Hearing (Doc. #24) regarding The Debtor's Emergency Motion for Interim Use of Cash Collateral; Debtor's Emergency Motion for Order regarding Authorization to Pay Pre-Petition and Ongoing Including Payroll; AND Debtor's Emergency Motion for Order regarding Authorization to Pay Critical Vendors  (Doc Nos. #22, #21, #20), was sent to all parties of interest registered to receive electronic notice via the Court's ECF Notification system, via email and via U.S. Postage prepaid the effected parties listed below on **February 17 & 18, 2026**.

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-0000
rebecca.vinzant@sba.gov

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346
Dorletha.M.Godley@irs.gov

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475
Bryan.Schaefer@dor.mo.gov

Dated: February 18, 2026  Respectfully submitted,
          WM Law

          /s/ Ryan A. Blay

1

Ryan A. Blay, MO #KS001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTORS