**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, | ) | Case No. 26-40233 |
| | Inc. d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

**MOTION BY DEBTOR FOR TURNOVER OF PROPERTY OF BANKRUPTCY ESTATE DIRECTED TO THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY A/K/A/ SOUND TRANSIT**

**COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc.., the debtor and debtor-in-possession herein (the "Debtor" or "EDA"), by and through counsel, Ryan A. Blay of WM Law, and moves the Court for entry of an order pursuant to 11 U.S.C. § 542 directing the Central Puget Sound Regional Transit Authority ("Sound Transit") to turn over property of the bankruptcy estate of the Debtor and Debtor-in-Possession. In support hereof, the Debtor states as follows:

1. On February 11, 2026, Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Debtor is electing to proceed under Subchapter V.

2. The Debtor has remained in possession of the property of its estate and continues operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. The Debtor operates an executive development and coaching business for C-Suite professionals, largely remotely but headquartered in Lee's Summit, Missouri (the "Business").

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtor seeks relief under 11 U.S.C. § 542 as a Debtor-in-Possession.

5. The Debtor provided pre-petition services to Sound Transit. Upon information and belief, the value of Debtor's services that Sound Transit agreed to pay was $45,000.

6. On or about February 10, 2026, the law firm of Berkovitch & Bouskila, PLLC issued a letter to Sound Transit "requesting that all funds due and owing to Merchant be remitted to Berkovitch & Bouskila, PLLC as attorney". The letter pertained to funds owed to Smart Business by the Debtor and a UCC-1 financing statement.

7.   On February 12, 2026, following the bankruptcy filing, the same law firm sent a follow-up letter to Sound Transit noting that "The aforementioned Merchant has filed for Bankruptcy. As such, all liens shall be removed from its account and funds may be disbursed to it."  Accordingly, the law firm and its client, Smart Business, are not parties to this Motion.

8.  Notwithstanding this procedural posture, Sound Transit has failed to tender payment to Debtor.

9.  Funds held by Sound Transit are necessary for Debtor's operating expenses, including adequate protection payments to the Small Business Administration.

10.  Debtor is unaware of any further legal barriers to turnover of payment.

   **WHEREFORE**, the Debtor respectfully requests that the Court enter an Order directing Sound Transit to Turnover funds of approximately $45,000 to the Bankruptcy Estate of the Debtor, and for such other and further relief as the Court deems just and proper.

Dated: February 25, 2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the

Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on February 25, 2026, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

**[See attached Mailing Matrix]**

Central Puget Sound Regional Transit Authority
Attn:  An Officer
401 S. Jackson St.
Seattle, Washington 98104

via e-mail to Senior Legal Counsel Mattelyn Thorpe, Sound Transit
Mattelyn.Thorpe@soundtransit.org

s/ Ryan A. Blay

Label Matrix for local noticing
0866-4
Case 26-40233-can11
Western District of Missouri
Kansas City
Wed Feb 25 14:02:08 CST 2026

Executive Development Associates, Inc.
101 Park Avenue, Ste. 285
Oklahoma City, OK 73102-7209

LifeWork Associates, LLC
c/o Steven W. Soule and John T. Richer
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Academy Bank
1200 E Santa Fe
Olathe KS 66061-0000

Academy Bank
1201 Walnut St.
Kansas City MO 64106-2149

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Bonnie Timms
836 N Broadway
in care of Helen Whitford
Edmond OK 73034-3607

Cable One, Inc.
c/o Todd Koetje, CEO
210 East Earll Drive
Phoenix AZ 85012-2626

Credibly of Arizona LLC
1501 W Fountainhead Parkway
#630
Tempe AZ 85282-1857

Credibly of Arizona LLC
25200 Telegraph Rd #350
Southfield MI 48033-7416

David Komar
7820 NW Cadwallader Rd.
Kansas City MO 64152-3012

Dikesh Chokshi
7414 Winding Lake Cir.
Oviedo FL 32765-5661

Epic Advance
311 Boulevard of the Americas
Lakewood NJ 08701-4958

Ershowsky Verstandig PLLC
c/o attorney Joseph Jacobs
290 Central Avenue, Ste. 109
Lawrence NY 11559-8507

Fundomate
8201 Beverly Blvd,
Los Angeles CA 90048-4542

Gian Colombo
1519 Nottingham Dr.
Winter Park FL 32792-2224

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Liv D'Aquino
716 Hemphill Rd.
Stockbridge GA 30281-2930

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

Pershing Ventures
1712 Pioneer Ave Suite 594
Cheyenne WY 82001-4406

(p)INTUIT FINANCING INC
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES
4315 PICKETT ROAD
ST JOSEPH MO 64503-1600

Scott Dannemiller
Lifework Associates
408 Ramble Woods Circle
Nashville TN 37221-4039

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Small Business Administration (SBA)
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Smart Business
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Smart Business Funding
2420 NE 186th St
Miami FL 33180-0000

St. Luke's University Health Network
c/o Richard A Anderson, CEO
801 Ostrum St.
Bethlehem PA 18015-1000

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

George Matthew Barberich Jr
GlassRatner Advisory & Capital Group, LL
7101 College Boulevard
Suite 730
Overland Park, KS 66210-2075

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Quickbooks Capital
2700 Coast Ave.
Mountain View CA 94043-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)United States of America

(d)LifeWork Associates, LLC
c/o Steven W. Soule and
  John T. Richer
Hall, Estill, et al.
521 East 2nd Street, Suite 1200
Tulsa, OK 74120-1855

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42