**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates,<br>Inc. d/b/a EDA, Inc. | ) | Case No. 26-40233 |
| | | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

**DEBTOR'S AMENDED EMERGENCY MOTION FOR APPROVAL OF PRELIMINARY ORDER PURSUANT TO 11 U.S.C. § 363 AND FED. R. BANKR. P. 4001 CONCERNING THE USE OF CASH COLLATERAL AND PROVIDING FOR ADEQUATE PROTECTION TO FIRST POSITION LIENHOLDER UNITED STATES SMALL BUSINESS ADMINISTRATION ("SBA")**

**COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc.., the debtor and debtor-in-possession herein (the "Debtor" or "EDA"), by and through counsel, Ryan A. Blay of WM Law, and moves the Court for entry of a preliminary order authorizing the Debtor's use of cash collateral pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 4001(b), providing for adequate protection and related relief, including the right to pay ongoing and pre-petition payroll obligations. In support hereof, the Debtor states as follows:

1. On February 11, 2026, Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Debtor is electing to proceed under Subchapter V.

2. The Debtor has remained in possession of the property of its estate and continues operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. The Debtor operates an executive development and coaching business for C-Suite professionals, largely remotely but headquartered in Lee's Summit, Missouri (the "Business").

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtor seeks relief under 11 U.S.C. § 363(c)(2) and (e), Fed. R. Bankr. P. 4001(b), and 11 U.S.C. § 105(a).

5. The Debtor's operations generate receipts and deposits that may be subject to one or more creditors' asserted security interests and/or liens in accounts, inventory, proceeds, deposit accounts, and related cash and equivalents. To the extent such interests exist, the cash and equivalents constitute "cash collateral" as defined in 11 U.S.C. § 363(a) (the "Cash Collateral").

6. The Debtor has not yet completed a final, comprehensive analysis of all asserted liens and their scope, perfection, validity, and priority. The Debtor nevertheless believes that one or more secured creditors may assert an interest in certain of the Debtor's Cash Collateral (the "Secured Parties"). The Debtor believes that the United States Small Business Administration ("SBA") holds a first position lien on Cash Collateral. This Motion is filed without prejudice to the Debtor's and the estate's rights to contest, avoid, subordinate, surcharge, or otherwise challenge any asserted lien or claim.

7. The Debtor cannot operate its Business without the ability to use Cash Collateral to fund post-Petition ordinary course expenses, including payroll, taxes, critical vendors (especially related to the Debtor's unique technology), insurance, and other operating costs. Absent authority to use Cash Collateral, the Debtor will suffer immediate and irreparable harm and will likely be forced to cease operations to the detriment of the estate and all creditors.

8. The Debtor therefore seeks (i) entry of an interim/preliminary order authorizing the Debtor's use of Cash Collateral in accordance with the Budget (defined below) pending a final hearing (and, if an objection is filed, pending an expedited hearing as necessary), and (ii) entry of a final order authorizing continued use of Cash Collateral for 90 days post-petition, or through confirmation, or for a period the Court deems equitable and proper, and until further order of the Court.

9. Attached hereto as ***Exhibit: A*** and incorporated by reference as if fully set forth herein is the Debtor's post-petition budget of projected receipts and disbursements (the "Budget"). The Budget was prepared in good faith using the Debtor's most recent projections, and reflects reasonable forward-looking assumptions.

10. The budget does not include anticipated recoveries of accounts receivable that Debtor's counsel is negotiating with various clients and representatives of pre-petition UCC lienholders. The Debtor is confident in its ability to recover some of this money either through negotiations or through turnover motions under 11 U.S.C. §542, which monies would be used to support adequate protection payments. Those funds include the following:
(a) $15,000 held by Plastek Industries, Inc. based on a UCC filing from Epic Advance, LLC. Plastek Industries, Inc.'s counsel has indicated a willingness to turn over these funds pending approval from Epic Advance LLC's counsel or with a consent order
(b) Stripe (represented by Ershowsky Verstandig PLLC), $4,992
(c) Sound Transit, $45,000
(d) Batory, $586.64

(e) Rand Corporation, $34,200

(f) Honeywell FMT, LLC, $10,500

(g) North American Risk Services, Inc., $1783.32

The Debtor anticipates recovery of these funds by the end of March 2026 in light of the lack of a legal basis of these entities to hold property of the bankruptcy estate.

11. The Budget is designed to reflect the Debtor's ordinary course cash needs and includes, among other items, a Payroll ("Human Capital") based on recent changes to wages, and weekly operational expenses.  The surplus, plus any recoveries noted in Paragraph 9, would be available for adequate protection payments.

12. The income component of the budget is somewhat variable because it will depend on how many new clients the Debtor is able to secure. The Debtor believes the assumptions used for the budget are reasonable based on recent performance and does not depend upon extraordinary transactions.

13. The Debtor proposed adequate protection payments of $4,111.50 commencing April 1, 2026. This payment amount is based on a hardship reduction in payments offered to the Debtor by the SBA in August 2025 for the months of August 2025 – January 2026.

14. As for further adequate protection, the Debtor proposes that, effective as of the Petition Date, each Secured Party shall be granted replacement liens on post-petition property of the Debtor and post-petition proceeds of the same type of collateral in which such Secured Party held a prepetition interest, to the same extent and priority as such prepetition interest, solely to the extent of any diminution in value of such Secured Party's interest resulting from the Debtor's use of Cash Collateral. (the "Replacement Liens"). The amount of each Replacement Lien shall be up to the amount of any diminution in the applicable Secured Party's collateral position from the Petition Date, and the priority of each Replacement Lien shall be the same priority as such Secured Party's prepetition interest in similar property, if any.

15. Further, The Debtor further proposes that any Replacement Lien granted pursuant to the interim order shall be effective and perfected upon entry of the interim order without the necessity of execution or filing of financing statements, control agreements, or similar documents; provided, however, that any Secured Party shall be authorized (but not required) to file such documents to evidence or perfect such Replacement Liens, and any ministerial error or omission shall not affect validity or priority.

16. The Debtor shall continue to maintain adequate insurance coverage on its property and assets in the ordinary course and shall timely file all post-petition tax returns and make timely deposits and payments of post-petition taxes as they come due in the ordinary course, consistent with the Budget.

17. The Debtor shall not use Cash Collateral to pay prepetition principal or prepetition interest on any prepetition indebtedness except as (i) expressly authorized by a separate order of the Court, (ii) agreed to in writing by the applicable Secured Party and disclosed to the Court, or (iii) otherwise permitted under the interim/final cash collateral order.

18. The Debtor requests authority to operate substantially in accordance with the Budget, subject to modest variances consistent with ordinary course operations. Specifically, the Debtor requests that the Court authorize (a) variances in any single line item of up to ten percent (10%), and (b) aggregate variances (total disbursements) of up to ten percent (10%) for any measurement period, without further Court order, provided the Debtor is acting in good faith to preserve the Business and the estate and is not making prohibited payments under paragraph 15 above. Variances beyond these thresholds would require consent of the applicable Secured Party or further order of the Court.

19. The Debtor further proposes to provide reasonable post-petition reporting consistent with customary cash collateral practice in this district, including periodic operating reports filed with the Court and made available to all parties in interest through CM/ECF, and such additional budget-to-actual reporting to Secured Parties as the Court may direct or as may be agreed.

20. Attached hereto as **Exhibit B** and incorporated by reference as if fully set forth herein is the Debtor's proposed interim order granting this Motion and scheduling a final hearing pursuant to Fed. R. Bankr. P. 4001(b) (the "Proposed Interim Order").

21. Nothing in the interim order or any final order entered on this Motion shall constitute a waiver, release, or final adjudication of (a) the validity, priority, extent, perfection, or enforceability of any lien or claim, (b) the Debtor's and estate's rights, defenses, setoffs, recoupments, or avoidance actions, or (c) any party's right to seek additional adequate protection or other relief as appropriate.

22. The Debtor respectfully requests that this Amended Motion by heard on the Court's special setting on February 27th, 2026 at 1:30 pm or as soon thereafter as may be heard..

**WHEREFORE**, the Debtor respectfully requests that the Court enter for (i) an interim/preliminary order authorizing the Debtor to use Cash Collateral for payment of normal and necessary expenses of the Business in accordance with the Budget, subject to the variance authority described above, pending final hearing; (ii) an order scheduling a prompt final hearing pursuant to Fed. R. Bankr. P. 4001(b); (iii) a final order authorizing continued use of Cash Collateral for **90 days post-petition, or through confirmation**, or until further order of the Court; (iv) such other and further relief as the Court deems just and proper.

Dated: 2/26/2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on 20:35, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

**[See attached Mailing Matrix]**

and via e-mail to:

Subchapter V Trustee Matthew Barberich, mbarberich@glassratner.com
United States Trustee, Jill Parsons, Assistant United States Trustee, Jill.Parsons@usdoj.gov
United States Attorney's Office, Vanessa Kamberis, Vanessa.Kamberis@usdoj.gov

s/ Ryan A. Blay

## Q2 2026 – 90-Day (13-Week) Week-by-Week Budget

Period Covered: March 1, 2026 – May 29, 2026

Assumption: Income and expenses spread evenly across 13 weeks unless otherwise noted.

| Line Item / Category | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|
| **INCOME** | | | | |
| Services Revenue | $9,615.38 | $9,615.38 | $9,615.38 | $9,615.38 |
| Tech Revenue | $1,038.46 | $1,038.46 | $1,038.46 | $1,038.46 |
| **TOTAL INCOME** | $10,653.84 | $10,653.84 | $10,653.84 | $10,653.84 |
| | | | | |
| **HUMAN CAPITAL** | | | | |
| Bonnie – Salary | $2,417.00 | $2,417.00 | $2,417.00 | $2,417.00 |
| FICA | $185.00 | $185.00 | $185.00 | $185.00 |
| Health Insurance | $185.00 | $185.00 | $185.00 | $185.00 |
| 1099 – Liv D'Aquino | $500.00 | $500.00 | $500.00 | $500.00 |
| 1099 – Dikesh Chokshi | $961.54 | $961.54 | $961.54 | $961.54 |
| 1099 – Gian Colombo | $576.92 | $576.92 | $576.92 | $576.92 |
| 1099 – Aiko (CPA) | $230.77 | $230.77 | $230.77 | $230.77 |
| 1099 – David Komar | $230.77 | $230.77 | $230.77 | $230.77 |
| Consulting Delivery | $1,442.31 | $1,442.31 | $1,442.31 | $1,442.31 |
| Developers (India – reduced) | $775.38 | $775.38 | $775.38 | $775.38 |
| Vision Insurance | $38.46 | $38.46 | $38.46 | $38.46 |
| **TOTAL Human Capital** | $7,543.15 | $7,543.15 | $7,543.15 | $7,543.15 |
| | | | | |
| **INSURANCE** | | | | |
| Business Insurance (Cyber, D&O, PL) | $278.99 | $278.99 | $278.99 | $278.99 |
| Lincoln Keyman | $31.84 | $31.84 | $31.84 | $31.84 |
| **TOTAL Insurance** | $310.83 | $310.83 | $310.83 | $310.83 |
| | | | | |
| **LEGAL** | | | | |
| Legal Misc | $11.54 | $11.54 | $11.54 | $11.54 |
| USPTO Renewals | $11.54 | $11.54 | $11.54 | $11.54 |
| **TOTAL Legal** | $23.08 | $23.08 | $23.08 | $23.08 |
| | | | | |
| **OPERATIONS** | | | | |
| MBTI License | $3.75 | $3.75 | $3.75 | $3.75 |
| QuickBooks | $1.71 | $1.71 | $1.71 | $1.71 |
| Calendly | $9.23 | $9.23 | $9.23 | $9.23 |
| AT&T | $57.69 | $57.69 | $57.69 | $57.69 |
| Phone.com | $11.03 | $11.03 | $11.03 | $11.03 |
| Ascend IT | $61.96 | $61.96 | $61.96 | $61.96 |
| iPostal | $6.92 | $6.92 | $6.92 | $6.92 |
| Docusign | $5.77 | $5.77 | $5.77 | $5.77 |
| KTag | $6.92 | $6.92 | $6.92 | $6.92 |
| OKC Office | $115.38 | $115.38 | $115.38 | $115.38 |
| OKC Parking | $23.08 | $23.08 | $23.08 | $23.08 |
| LiveBinders | $4.60 | $4.60 | $4.60 | $4.60 |

| Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 |
|---|---|---|---|---|---|---|
| $9,615.38 | $9,615.38 | $9,615.38 | $9,615.38 | $9,615.38 | $9,615.38 | $9,615.38 |
| $1,038.46 | $1,038.46 | $1,038.46 | $1,038.46 | $1,038.46 | $1,038.46 | $1,038.46 |
| $10,653.84 | $10,653.84 | $10,653.84 | $10,653.84 | $10,653.84 | $10,653.84 | $10,653.84 |
| | | | | | | |
| | | | | | | |
| $2,417.00 | $2,417.00 | $2,417.00 | $2,417.00 | $2,417.00 | $2,417.00 | $2,417.00 |
| $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| $961.54 | $961.54 | $961.54 | $961.54 | $961.54 | $961.54 | $961.54 |
| $576.92 | $576.92 | $576.92 | $576.92 | $576.92 | $576.92 | $576.92 |
| $230.77 | $230.77 | $230.77 | $230.77 | $230.77 | $230.77 | $230.77 |
| $230.77 | $230.77 | $230.77 | $230.77 | $230.77 | $230.77 | $230.77 |
| $1,442.31 | $1,442.31 | $1,442.31 | $1,442.31 | $1,442.31 | $1,442.31 | $1,442.31 |
| $775.38 | $775.38 | $775.38 | $775.38 | $775.38 | $775.38 | $775.38 |
| $38.46 | $38.46 | $38.46 | $38.46 | $38.46 | $38.46 | $38.46 |
| $7,543.15 | $7,543.15 | $7,543.15 | $7,543.15 | $7,543.15 | $7,543.15 | $7,543.15 |
| | | | | | | |
| | | | | | | |
| $278.99 | $278.99 | $278.99 | $278.99 | $278.99 | $278.99 | $278.99 |
| $31.84 | $31.84 | $31.84 | $31.84 | $31.84 | $31.84 | $31.84 |
| $310.83 | $310.83 | $310.83 | $310.83 | $310.83 | $310.83 | $310.83 |
| | | | | | | |
| | | | | | | |
| $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 |
| $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 |
| $23.08 | $23.08 | $23.08 | $23.08 | $23.08 | $23.08 | $23.08 |
| | | | | | | |
| | | | | | | |
| $3.75 | $3.75 | $3.75 | $3.75 | $3.75 | $3.75 | $3.75 |
| $1.71 | $1.71 | $1.71 | $1.71 | $1.71 | $1.71 | $1.71 |
| $9.23 | $9.23 | $9.23 | $9.23 | $9.23 | $9.23 | $9.23 |
| $57.69 | $57.69 | $57.69 | $57.69 | $57.69 | $57.69 | $57.69 |
| $11.03 | $11.03 | $11.03 | $11.03 | $11.03 | $11.03 | $11.03 |
| $61.96 | $61.96 | $61.96 | $61.96 | $61.96 | $61.96 | $61.96 |
| $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 |
| $5.77 | $5.77 | $5.77 | $5.77 | $5.77 | $5.77 | $5.77 |
| $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 |
| $115.38 | $115.38 | $115.38 | $115.38 | $115.38 | $115.38 | $115.38 |
| $23.08 | $23.08 | $23.08 | $23.08 | $23.08 | $23.08 | $23.08 |
| $4.60 | $4.60 | $4.60 | $4.60 | $4.60 | $4.60 | $4.60 |

| Week 12 | Week 13 | 13-Week Total | Weekly Avg |
|---|---|---|---|
| | | | |
| $9,615.38 | $9,615.38 | $124,999.94 | $9,615.38 |
| $1,038.46 | $1,038.46 | $13,499.98 | $1,038.46 |
| $10,653.84 | $10,653.84 | **$138,499.92** | **$10,653.84** |
| | | | |
| | | | |
| $2,417.00 | $2,417.00 | $31,421.00 | $2,417.00 |
| $185.00 | $185.00 | $2,405.00 | $185.00 |
| $185.00 | $185.00 | $2,405.00 | $185.00 |
| $500.00 | $500.00 | $6,500.00 | $500.00 |
| $961.54 | $961.54 | $12,500.02 | $961.54 |
| $576.92 | $576.92 | $7,499.96 | $576.92 |
| $230.77 | $230.77 | $3,000.01 | $230.77 |
| $230.77 | $230.77 | $3,000.01 | $230.77 |
| $1,442.31 | $1,442.31 | $18,750.03 | $1,442.31 |
| $775.38 | $775.38 | $10,079.94 | $775.38 |
| $38.46 | $38.46 | $499.98 | $38.46 |
| $7,543.15 | $7,543.15 | **$98,060.95** | **$7,543.15** |
| | | | |
| | | | |
| $278.99 | $278.99 | $3,626.87 | $278.99 |
| $31.84 | $31.84 | $413.92 | $31.84 |
| $310.83 | $310.83 | **$4,040.79** | **$310.83** |
| | | | |
| | | | |
| $11.54 | $11.54 | $150.02 | $11.54 |
| $11.54 | $11.54 | $150.02 | $11.54 |
| $23.08 | $23.08 | **$300.04** | **$23.08** |
| | | | |
| | | | |
| $3.75 | $3.75 | $48.75 | $3.75 |
| $1.71 | $1.71 | $22.23 | $1.71 |
| $9.23 | $9.23 | $119.99 | $9.23 |
| $57.69 | $57.69 | $749.97 | $57.69 |
| $11.03 | $11.03 | $143.39 | $11.03 |
| $61.96 | $61.96 | $805.48 | $61.96 |
| $6.92 | $6.92 | $89.96 | $6.92 |
| $5.77 | $5.77 | $75.01 | $5.77 |
| $6.92 | $6.92 | $89.96 | $6.92 |
| $115.38 | $115.38 | $1,499.94 | $115.38 |
| $23.08 | $23.08 | $300.04 | $23.08 |
| $4.60 | $4.60 | $59.80 | $4.60 |

| | | | | |
|---|---|---|---|---|
| Adobe | $5.54 | $5.54 | $5.54 | $5.54 |
| OpenAI | $13.85 | $13.85 | $13.85 | $13.85 |
| **TOTAL Operations** | $327.43 | $327.43 | $327.43 | $327.43 |
| | | | | |
| **TECH & CYBER** | | | | |
| Atlassian | $3.94 | $3.94 | $3.94 | $3.94 |
| Framer | $11.54 | $11.54 | $11.54 | $11.54 |
| Akismet | $2.29 | $2.29 | $2.29 | $2.29 |
| JetBrains | $1.63 | $1.63 | $1.63 | $1.63 |
| GitHub | $6.92 | $6.92 | $6.92 | $6.92 |
| Browserless | $5.77 | $5.77 | $5.77 | $5.77 |
| Azure | $1,153.85 | $1,153.85 | $1,153.85 | $1,153.85 |
| Monday | $11.77 | $11.77 | $11.77 | $11.77 |
| **TOTAL Tech & Cyber** | $1,197.71 | $1,197.71 | $1,197.71 | $1,197.71 |
| | | | | |
| **SALES & MARKETING** | | | | |
| GoDaddy | $10.14 | $10.14 | $10.14 | $10.14 |
| Hunter/Appollo | $46.15 | $46.15 | $46.15 | $46.15 |
| Siteground | $12.57 | $12.57 | $12.57 | $12.57 |
| Sendgrid | $218.97 | $218.97 | $218.97 | $218.97 |
| Million Verifier | $3.83 | $3.83 | $3.83 | $3.83 |
| HeyGen | $1.15 | $1.15 | $1.15 | $1.15 |
| **TOTAL Sales & Marketing** | $292.81 | $292.81 | $292.81 | $292.81 |
| | | | | |
| **BUSINESS DEVELOPMENT** | | | | |
| Meals | $9.23 | $9.23 | $9.23 | $9.23 |
| Meeting Space | $9.62 | $9.62 | $9.62 | $9.62 |
| Women Execs on Boards | $67.31 | $67.31 | $67.31 | $67.31 |
| KC AI Club | $6.92 | $6.92 | $6.92 | $6.92 |
| Airport Parking | $13.85 | $13.85 | $13.85 | $13.85 |
| CLEAR | $2.48 | $2.48 | $2.48 | $2.48 |
| **TOTAL Business Development** | $109.41 | $109.41 | $109.41 | $109.41 |
| | | | | |
| **TOTAL WEEKLY OPERATING EXPENSES** | $9,804.42 | $9,804.42 | $9,804.42 | $9,804.42 |
| | | | | |
| **NET OPERATING (INCOME - EXPENSES)** | $849.42 | $849.42 | $849.42 | $849.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $5.54 | $5.54 | $5.54 | $5.54 | $5.54 | $5.54 | $5.54 |
| $13.85 | $13.85 | $13.85 | $13.85 | $13.85 | $13.85 | $13.85 |
| $327.43 | $327.43 | $327.43 | $327.43 | $327.43 | $327.43 | $327.43 |
| | | | | | | |
| | | | | | | |
| $3.94 | $3.94 | $3.94 | $3.94 | $3.94 | $3.94 | $3.94 |
| $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 | $11.54 |
| $2.29 | $2.29 | $2.29 | $2.29 | $2.29 | $2.29 | $2.29 |
| $1.63 | $1.63 | $1.63 | $1.63 | $1.63 | $1.63 | $1.63 |
| $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 |
| $5.77 | $5.77 | $5.77 | $5.77 | $5.77 | $5.77 | $5.77 |
| $1,153.85 | $1,153.85 | $1,153.85 | $1,153.85 | $1,153.85 | $1,153.85 | $1,153.85 |
| $11.77 | $11.77 | $11.77 | $11.77 | $11.77 | $11.77 | $11.77 |
| $1,197.71 | $1,197.71 | $1,197.71 | $1,197.71 | $1,197.71 | $1,197.71 | $1,197.71 |
| | | | | | | |
| | | | | | | |
| $10.14 | $10.14 | $10.14 | $10.14 | $10.14 | $10.14 | $10.14 |
| $46.15 | $46.15 | $46.15 | $46.15 | $46.15 | $46.15 | $46.15 |
| $12.57 | $12.57 | $12.57 | $12.57 | $12.57 | $12.57 | $12.57 |
| $218.97 | $218.97 | $218.97 | $218.97 | $218.97 | $218.97 | $218.97 |
| $3.83 | $3.83 | $3.83 | $3.83 | $3.83 | $3.83 | $3.83 |
| $1.15 | $1.15 | $1.15 | $1.15 | $1.15 | $1.15 | $1.15 |
| $292.81 | $292.81 | $292.81 | $292.81 | $292.81 | $292.81 | $292.81 |
| | | | | | | |
| | | | | | | |
| $9.23 | $9.23 | $9.23 | $9.23 | $9.23 | $9.23 | $9.23 |
| $9.62 | $9.62 | $9.62 | $9.62 | $9.62 | $9.62 | $9.62 |
| $67.31 | $67.31 | $67.31 | $67.31 | $67.31 | $67.31 | $67.31 |
| $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 | $6.92 |
| $13.85 | $13.85 | $13.85 | $13.85 | $13.85 | $13.85 | $13.85 |
| $2.48 | $2.48 | $2.48 | $2.48 | $2.48 | $2.48 | $2.48 |
| $109.41 | $109.41 | $109.41 | $109.41 | $109.41 | $109.41 | $109.41 |
| | | | | | | |
| $9,804.42 | $9,804.42 | $9,804.42 | $9,804.42 | $9,804.42 | $9,804.42 | $9,804.42 |
| | | | | | | |
| $849.42 | $849.42 | $849.42 | $849.42 | $849.42 | $849.42 | $849.42 |

| | | | |
|---:|---:|---:|---:|
| $5.54 | $5.54 | $72.02 | $5.54 |
| $13.85 | $13.85 | $180.05 | $13.85 |
| $327.43 | $327.43 | **$4,256.59** | **$327.43** |
| | | | |
| | | | |
| $3.94 | $3.94 | $51.22 | $3.94 |
| $11.54 | $11.54 | $150.02 | $11.54 |
| $2.29 | $2.29 | $29.77 | $2.29 |
| $1.63 | $1.63 | $21.19 | $1.63 |
| $6.92 | $6.92 | $89.96 | $6.92 |
| $5.77 | $5.77 | $75.01 | $5.77 |
| $1,153.85 | $1,153.85 | $15,000.05 | $1,153.85 |
| $11.77 | $11.77 | $153.01 | $11.77 |
| $1,197.71 | $1,197.71 | **$15,570.23** | **$1,197.71** |
| | | | |
| | | | |
| $10.14 | $10.14 | $131.82 | $10.14 |
| $46.15 | $46.15 | $599.95 | $46.15 |
| $12.57 | $12.57 | $163.41 | $12.57 |
| $218.97 | $218.97 | $2,846.61 | $218.97 |
| $3.83 | $3.83 | $49.79 | $3.83 |
| $1.15 | $1.15 | $14.95 | $1.15 |
| $292.81 | $292.81 | **$3,806.53** | **$292.81** |
| | | | |
| | | | |
| $9.23 | $9.23 | $119.99 | $9.23 |
| $9.62 | $9.62 | $125.06 | $9.62 |
| $67.31 | $67.31 | $875.03 | $67.31 |
| $6.92 | $6.92 | $89.96 | $6.92 |
| $13.85 | $13.85 | $180.05 | $13.85 |
| $2.48 | $2.48 | $32.24 | $2.48 |
| $109.41 | $109.41 | **$1,422.33** | **$109.41** |
| | | | |
| $9,804.42 | $9,804.42 | **$127,457.46** | **$9,804.42** |
| | | | |
| $849.42 | $849.42 | **$11,042.46** | **$849.42** |

| Q2 2026 – 13-Week Summary | |  |
|---|---|---|
| **Period Covered** | March 1, 2026 – May 29, 2026 | |
| **Total Income (13 weeks)** | 138500.01 | |
| **Total Expenses (13 weeks)** | 127457.46 | |
| **Net Surplus (13 weeks)** | 11042.55 | |
| | | |
| **Weekly Income** | 10653.84 | |
| **Weekly Expenses** | 9804.42 | |
| **Weekly Net** | 849.42 | |