**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, | ) | Case No. 26-40233 |
| | Inc. d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

**MOTION UNDER FED. R. BANKR. P. 2011 FOR A CLERK'S CERTIFICATION THAT
DEBTOR IS A DEBTOR-IN-POSSESSION**

  **COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc.., the debtor and debtor-in-possession herein (the "Debtor" or "EDA"), by and through counsel, Ryan A. Blay of WM Law, and moves the Court to direct the Clerk of Court for the United States Bankruptcy Court for the Western District of Missouri to issue a Certificate that the Debtor is a Debtor-In-Possession. In support hereof, the Debtor states as follows:

1. On February 11, 2026, Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Debtor is electing to proceed under Subchapter V.

2. The Debtor has remained in possession of the property of its estate and continues operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. The Debtor operates an executive development and coaching business for C-Suite professionals, largely remotely but headquartered in Lee's Summit, Missouri (the "Business").

4. The Debtor performed services for Honeywell FM&T ("Honeywell").

5. Honeywell FM&T received a notice prior to the Debtor's Chapter 11 petition seeking turnover of funds owed to the Debtor pursuant to a UCC lien and financing statement by Smart Business.

6. Debtor's counsel advised Honeywell of the Chapter 11 Bankruptcy filing and has provided the Notice of Chapter 11 Bankruptcy Case.

7. Honeywell's Lead Assistant General Counsel, Jeffrey Lambert, jlambert@kcnsc.doe.gov has requested a Clerk's Certification under Fed. R. Bankr. P. 2011 that the Debtor is operating as a Debtor-in-Possession. Upon information and belief, Honeywell, would, at that time, be willing to release funds owed to the Debtor without the need for a time consuming turnover motion.

8.  The Debtor understands this is an unusual request but seeks to resolve the impasse with the creditor with the least amount of expense and time to the Debtor, who needs funds (upon approval of the use of cash collateral) to promptly pay employees and vendors, as well as future adequate protection payments to the SBA.

**WHEREFORE**, the Debtor respectfully requests that the Court direct the Clerk to issue a certificate that the Debtor is a Debtor-in-Possession, and for such other and further relief as the Court deems just and proper.

Dated: March 3, 2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on March 3, 2026, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

**[See attached Mailing Matrix]**                    s/ Ryan A. Blay