**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | Executive Development Associates, | ) | Case No. 26-40233 |
| | Inc. d/b/a EDA, Inc. | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | |

**MOTION BY DEBTOR FOR TURNOVER OF PROPERTY OF BANKRUPTCY
ESTATE DIRECTED TO STRIPE, INC.**

**COMES NOW** Executive Development Associates, Inc. d/b/a EDA, Inc.., the debtor and debtor-in-possession herein (the "Debtor" or "EDA"), by and through counsel, Ryan A. Blay of WM Law, and moves the Court for entry of an order pursuant to 11 U.S.C. § 542 directing Stripe, Inc. ("Stripe") to turn over property of the bankruptcy estate of the Debtor and Debtor-in-Possession. In support hereof, the Debtor states as follows:

1. On February 11, 2026, Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").  Debtor is electing to proceed under Subchapter V.

2. The Debtor has remained in possession of the property of its estate and continues operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. The Debtor operates an executive development and coaching business for C-Suite professionals, largely remotely but headquartered in Lee's Summit, Missouri (the "Business").

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtor seeks relief under 11 U.S.C. § 542 as a Debtor-in-Possession.

5. The Debtor provided pre-petition services to Stripe.  Upon information and belief, the value of Debtor's services that Stripe agreed to pay was $4,992

6. On or about February 10, 2026, Berkovitch & Bouskila, PLLC sent a letter with a UCC Lien Notice to Stripe requesting "that all funds due and owing to Merchant bye remitted to Berkovitch & Bouskila, PLLC as attorney".

7. According to communications with Stripe's legal team, Berkovitch & Bouskila, PLLC has authorized a release of the hold on the account.  However, a competing hold was issued through Ershowsky Verstandig PLLC and remains unreleased.

8. Notwithstanding this procedural posture, Stripe has failed to tender payment to Debtor.

9. Funds held by Stripe are necessary for Debtor's operating expenses, including adequate protection payments to the Small Business Administration.

10. Debtor is unaware of any further legal barriers to turnover of payment.


      **WHEREFORE**, the Debtor respectfully requests that the Court enter an Order directing Plastek to Turnover funds of approximately $4,992 to the Bankruptcy Estate of the Debtor, and for such other and further relief as the Court deems just and proper.


Dated: 3/9/2026                     Respectfully submitted,
                                      WM Law

                                      s/ Ryan A. Blay
                                      Ryan A. Blay, #28110
                                      15095 W. 116th St.
                                      Olathe, KS 66062
                                      Phone (913) 422-0909 / Fax (913) 428-8549
                                      blay@wagonergroup.com
                                      ATTORNEY FOR DEBTOR


## NOTICE OF MOTION

      Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

      If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

      For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.


## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on 21:40, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

Stripe, Inc.
Attn: An Officer
354 Oyster Point Blvd.
San Francisco, CA 94080

Stripe
185 Berry St, Ste. 550
San Francisco, CA 94107

Ershowsky Verstandig PLLC
290 Central Ave, Ste. 109
Lawrence, NY 11559
and via e-mail to michael@evlawpllc.com

via e-mail to llg-notices@stripe.com

Subchapter V Trustee Matthew Barberich, via e-mail to mbarberich@glassratner.com

US Trustee

s/ Ryan A. Blay