**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**AT KANSAS CITY**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EXECUTIVE DEVELOPMENT | )   Case No. 26-40233-can11 |
| ASSOCIATES, INC | ) |
| | )   Chapter 11 |
| Debtor. | ) |

**AGREED SCHEDULING ORDER**

On this day, came before the Court to be considered this Agreed Scheduling Order in the above-captioned case; the Court considered the future events and corresponding dates scheduled below by counsel and the Subchapter V Trustee, and based upon the agreement of the parties, the Court hereby enters this Agreed Scheduling Order to govern the administration of this case.

**IT IS FURTHER ORDERED** that all applicable dates and deadlines to be completed prior to the Confirmation Hearing are as set forth below. Any events or corresponding deadlines not explicitly set forth below shall be governed by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the Western District of Missouri.

| DEADLINE | DATE |
|---|---|
| Report Efforts to Reorganize | 3/19/2026 |
| Status Conference | 4/2/2026 at 10:30 AM |
| Claims Bar Date for Non-Governmental Creditors | 4/22/2026 |
| Claims Bar Date for Governmental Creditors | 8/10/2026 |
| Deadline to File Plan | 5/12/2026 |
| Deadline for Secured Creditors to Make 1111(b) elections | 21 Days After the Plan is Filed |

**IT IS FURTHER ORDERED** that this Agreed Scheduling Order may be amended by written agreement and authorization by the Court as appropriate under the circumstances.

**IT IS SO ORDERED.**

Date:  March 11, 2026                          /s/ Cynthia A. Norton
                                                                CYNTHIA A. NORTON
                                                                BANKRUPTCY JUDGE

Submitted and Approved by:

WM LAW, PC

_____/s/ Ryan A. Blay_____
Ryan A. Blay, KS #001066;
15095 West 116th Street
Olathe, KS  66062
(913) 422-0909; (913) 428-8549 (Fax)
blay@wagonergroup.com
*Attorneys For Debtor*


SUBCHAPTER V TRUSTEE

*/s/ G. Matt Barberich, Jr.*_____
George Matthew Barberich, Jr.
GlassRatner Advisory & Capital Group, LLC
7101 College Boulevard, Suite 730
Overland Park, KS 66210
913-389-9270
mbarberich@glassratner.com