## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Case No. 26-40233-11 |
| EXECUTIVE DEVELOPMENT ASSOCIATES, INC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).      45 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/12/2026, I did cause a copy of the following document(s), described below:

Scheduling Order in Chapter 11 Subchapter V Case, ECF Dkt Ref No. 45

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 3/12/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2026

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. KS-001066
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
bankruptcy@wagonergroup.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:

   EXECUTIVE DEVELOPMENT
   ASSOCIATES, INC

   Debtor(s)

Case No. 26-40233-11

Chapter 11

ECF Dkt Ref No(s).      45

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/12/2026, I did cause a copy of the following document(s), described below:

Scheduling Order in Chapter 11 Subchapter V Case, ECF Dkt Ref No. 45

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/12/2026, I caused a copy of the Scheduling Order in Chapter 11 Subchapter V Case to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Executive Development Associates, Inc. | | | 101 Park Avenue, Ste. 285 | | Oklahoma City OK 73102-7209 |
| INTERNAL REVENUE SERVICE | | | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 |
| LifeWork Associates, LLC | c/o Steven W. Soule and John T. Richer | Hall, Estill, et al. | 521 East 2nd Street | Suite 1200 | Tulsa OK 74120-1855 |
| Missouri Department of Revenue | | | Bankruptcy Unit | P.O Box 475 | Jefferson City MO 65105-0475 |
| Missouri Department of Revenue | | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| U.S. Trustee | | | Room 3440 | 400 East 9th Street | Kansas City MO 64106-2625 |
| Academy Bank | | | 1200 E Santa Fe | | Olathe KS 66061-0000 |
| Academy Bank | | | 1201 Walnut St. | | Kansas City MO 64106-2149 |
| American Express | | | Customer Service | PO Box 981535 | El Paso TX 79998-1535 |
| American Express | | | PO Box 981537 | | El Paso TX 79998-1537 |
| American Express National Bank, AENB | | c/o Zwicker and Associates, P.C. | Attorneys/Agents for Creditor | P.O. Box 9043 | Andover MA 01810-0943 |
| Berkovitch & Bouskila, PLLC | | | 1545 U.S. 202, Suite 101 | | Pomona NY 10970-2951 |
| Bonnie Timms | | | 836 N Broadway | in care of Helen Whitford | Edmond OK 73034-3607 |
| Cable One, Inc. | | | c/o Todd Koetje, CEO | 210 East Earll Drive | Phoenix AZ 85012-2626 |
| Credibly of Arizona LLC | | | 1501 W Fountainhead Parkway | #630 | Tempe AZ 85282-1857 |
| Credibly of Arizona LLC | | | 25200 Telegraph Rd #350 | | Southfield MI 48033-7416 |
| David Komar | | | 7820 NW Cadwallader Rd. | | Kansas City MO 64152-3012 |
| Dikesh Chokshi | | | 7414 Winding Lake Cir. | | Oviedo FL 32765-5661 |
| Epic Advance | | | 311 Boulevard of the Americas | | Lakewood NJ 08701-4958 |
| Ershowsky Verstandig PLLC | | | c/o attorney Joseph Jacobs | 290 Central Avenue, Ste. 109 | Lawrence NY 11559-8507 |
| Fundomate | | | 8201 Beverly Blvd, | | Los Angeles CA 90048-4542 |
| Gian Colombo | | | 1519 Nottingham Dr. | | Winter Park FL 32792-2224 |
| INTUIT FINANCING INC. | | | c/o Weltman, Weinberg & Reis Co., LPA | 5990 West Creek Rd, Suite 200 | Independence OH 44131-2191 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| JPMBCB Card Services | | | PO Box 15369 | | Wilmington DE 19850-5369 |
| Kansas Department of Revenue | | | PO Box 12005 | | Topeka KS 66612-2005 |
| Liv D'Aquino | | | 716 Hemphill Rd. | | Stockbridge GA 30281-2930 |
| Missouri Department of Revenue | | | PO Box 475 | | Jefferson City MO 65105-0475 |
| Missouri Dept. of Revenue | | | Insolvency Unit | PO Box 475 | Jefferson City MO 65105-0475 |
| Pershing Ventures | | | 1712 Pioneer Ave Suite 594 | | Cheyenne WY 82001-4406 |
| INTUIT FINANCING INC | | | ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES | 4315 PICKETT ROAD | ST JOSEPH MO 64503-1600 |
| Scott Dannemiller | | | Lifework Associates | 408 Ramble Woods Circle | Nashville TN 37221-4039 |

| | | | | | |
|---|---|---|---|---|---|
| Small Business Administration | | Commercial Loan Service Center | Attention: Purchase Unit | 2120 Riverfront Dr. Suite 100 | Little Rock AR 72202-1794 |
| Small Business Administration | | | PO Box 3918 | | Portland OR 97208-3918 |
| Small Business Administration (SBA) | | | District Counsel | 220 West Douglas Ave, Ste. 450 | Wichita KS 67202-3137 |
| Smart Business | | | 1545 U.S. 202, Suite 101 | | Pomona NY 10970-2951 |
| Smart Business Funding | | | 2420 NE 186th St | | Miami FL 33180-0000 |
| St. Luke's University Health Network | | | c/o Richard A Anderson, CEO | 801 Ostrum St. | Bethlehem PA 18015-1000 |
| U S ATTORNEY FOR THE WESTERN DISTRICT OF | | ATTN BANKRUPTCY | 400 E 9TH ST | SUITE 5510 | KANSAS CITY MO 64106-2637 |
| US SBA | | | 14925 Kingsport Rd. | | Fort Worth TX 76155-2243 |
| US Small Business Admin. | | | 10737 Gateway West, #300 | | El Paso TX 79935-4910 |
| George Matthew Barberich Jr | | GlassRatner Advisory & Capital Group, LL | 7101 College Boulevard | Suite 730 | Overland Park KS 66210-2075 |
| Ryan A. Blay | | | Wm Law | 15095 W 116th St. | Olathe KS 66062-1098 |