| | | |
|---|---|---|
| Name and Address | Executive Development Associates, Inc.<br>d/b/a EDA, Inc.<br>c/o Bonnie Hagemann (Bonnie Timms)<br>312 SW Greenwich Dr, Ste. 1508<br>Lee's Summit, MO 64082-4408 | **341 Info:**<br><br>**PFM filed?** N/a business case |
| Cell Phone | 816-830-6001 | |
| Email Address | bhagemann@executivedevelopment.com | |
| Case Number | 26-40233-11 | |
| Date Filed | 2/11/2026 | |
| Judge/Trustee | Norton/US Trustee | |
| Attorney/Location/Chapter | RAB/Olathe/M11 | |
| REQUESTED DOCUMENTS | | |
| **Notices need to be *sent to*:**<br><br>Creditor name:<br>Account Number:<br>Fax Number:<br>Links to supporting docs: | **Plan Summary – due 90 days from filing**<br><br>**Initial confirmation date:** | **Links to Plans:**<br><br>**PENDING ISSUES:** |

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 2/10/2026 | RAB | Retainer | $20,000 received by wire and placed in trust. | 0 | 0 | 0 |
| 2/10/2026 | RAB | Pre-petition work | Workup meeting/schedules preparation: .4.0 hours<br>Follow up e-mails and calls (both Zoom and by phone) with client regarding emergency filing needs and additional documents requested – 2.0 hours<br>Final edits to paperwork and preparation for filing – 1.5 hours | $400 | 7.5 | $3000 |
| 2/10/2026 | RT | Preparation for filing | Final preparation for filing case | $175 | 1.0 | $175 |
| 2/10/2026 | Case Expenses | Case Expense – Chapter 11 filing fee | Chapter 11 filing fee | 0 | 0 | $1738 |
| | | | Transfer of funds to general account for filing fee and pre-petition fees - $1738 for filing fee plus $3175 for pre-filing earned work | | | 0 |
| 2/10/2026 | PW | | Per above and after re-checking with RAB: we are transferring $4,913 from Trust Account into operating to cover | | | 0 |
| | | | Above transferred to billing | | | 0 |
| 2/11/2026 | RT | Filing | Filed Case | 1 | | 175 |
| | | | **POST FILING FEES** | | | 0 |
| 2/12/2026 | RAB | Drafting | Began drafting First Day motion including motion for use of cash collateral/payroll | $400 | 1.5 | $600 |
| 2/12/2026 | RAB | Correspondence with Court | Set time for emergency hearing on first day motion with judicial clerk | $400 | .5 | $200 |
| 2/13/2026 | RAB | Filings | Drafted 1116 statements and Rule 2015-2A statement. Filed 2024 tax returns (confirmed redacted) and July 2025 balance sheet. | $400 | .8 | $320 |
| 2/13/2026 | RAB | First Day Motion | Prepared for filing | $400 | 2.5 | $1000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/13/2026 | RT | First Day Motions | Filed motion drafted by RB | $175 | .5 | $87.50 |
| 2/13/2026 | RAB | Client e-mails | E-mails with client and one of its clients regarding UCC liens and request to release funds | $400 | .4 | $160 |
| 2/16/2026 | RT | Filing | Filed motion for emergency hearing on first day motions | $175. | 5 | $87.50 |
| 2/17/2026 | RAB | Call with court Call to client | Confirmed no hearing today on emergency motion – court was unable to set hearing date yesterday due to Holiday. Judge Norton will provide date. Followed by e-mail to discuss DIP account list, clients holding funds, creditors to notify | $400 | .3 | $120 |
| 2/17/2026 | RAB | Motions | Revised first day motions into 3 new motions for filing | $400 | 1.0 | $400 |
| 2/17/2026 | RT | Motions | Withdrew prior first day motion(s), filed 3 new motions for cash collateral, payroll, critical vendors. Advised court | $175 | 2.0 | $350 |
| 2/17/2026 | RAB | e-mail to client | Discussions of (1) no emergency hearing today; (2) notice to be served in NY state court case (3) insurance info needed for IDI | $400 | .5 | $200 |
| 2/18/2026 | RAB | e-mails with client | Preparation for IDI with US Trustee | $400 | .3 | $120 |
| 2/18/2026 | RAB | Initial Debtor Interview with US Trustee | IDI call | $400 | .8 | $320 |
| 2/18/2026 | RAB | Drafted letters/e-mails re requests for payments from current clients | Drafted and e-mailed | $400 | 1.0 | $400 |
| 2/18/2026 | RAB | Objections to motions | Reviewed US Trustee objections to motions for cash collateral, payroll, and critical vendors | $400 | .5 | $200 |
| 2/19/2026 | RAB | Plastek | e-mails with Plastek counsel regarding turnover of A/R funds. Includes communications with Subchapter V Trustee | $400 | .6 | $240 |
| 2/19/2026 | RAB | Hearing on 1st day motions | Court hearing on 1st day motions and agreement to continue to 2/27 | $400 | 1.5 | $600 |
| 2/20/2026 | RAB | e-mails from client | Regarding Stripe and Sound Transit funds held by clients | $400 | .5 | $200 |
| 2/24/2026 | RAB | e-mails with US Trustee | Questions regarding need for live testimony on 1st day motions, affidavit for application to employ counsel | $400 | .5 | $200 |
| 2/23/2026 | RAB | e-mails from client | Regarding Honeywell, Intuit and revised budget | $400 | .6 | $240 |
| 2/25/2026 | RAB | Drafted motion for turnover against Sound Transit | Drafted motion for turnover | $400 | 1.0 | $400 |
| 2/25/2026 | RAB | Discussions with SBA regarding adequate protection | Call with SBA and US Attorney regarding cash collateral and adequate protection motion. E-mailed proposed draft motion for discussion in attempts to head off objections | $400 | .6 | $240 |
| 2/25/2026 | RT | Motion | Filed Motion for Turnover and notice of motion | $175 | .5 | $87.50 |
| 2/25/2026 | RAB | Sound Transit | e-mailed counsel for Sound Transit regarding turnover motion | $400 | .3 | $120 |
| 2/25/2026 | RAB | Correspondence with client | Discussion of turnover motion, cash collateral | $400 | 1.0 | $400 |
| 2/26/2026 | RAB | Correspondence with US Attorney re Cash Collateral Motion | e-mails with Vanessa Kamberis regarding proposed order and motion | $400 | .5 | $200 |
| 2/26/2026 | RAB | Batory | e-mails with Batory regarding turnover of accounts receivable | $400 | .5 | $200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/27/2026 | RAB | RAND | e-mails with client and RAND regarding termination of contract | $400 | .6 | $240 |
| | | | All above transferred to billing | | | 0 |
| 3/3/2026 | RAB | Honeywell | Emails with client and Honeywell counsel regarding request for certificate of DIP Status | $400 | .6 | $240 |
| 3/4/2026 | RAB | Court hearing on motion for use of cash collateral | Hearing on cash collateral with date for final hearing | $400 | .5 | $200 |
| 3/4/2026 | RAB | e-mails with court clerk regarding certificate of DIP status | Per court order to issue certificate, discussions of payment of fee and picking up certificate | $400 | .5 | $200 |
| 3/4/2026 | AB | DIP certificate | Travelled to court to pick up certificate and pay fee | $175 | 1 | $175 |
| 3/6/2026 | RAB | e-mails | Client e-mails regarding conclusion of Honeywell matter | $400 | .3 | $120 |
| 3/9/2026 | RAB | Motions for turnover | Drafted two more additional motions for turnover | $400 | 1.0 | $400 |
| 3/9/2026 | RT | Turnover motions | Filed additional turnover motions | $175 | .5 | $87.50 |
| 3/9/2026 | RAB | Client e-mails | Discussions regarding Wednesday phone call, additional turnover motions and timing thereof | $400 | .4 | $160 |
| 3/11/2026 | RAB | Creditor e-mails | e-mails with creditors regarding notice of bankruptcy filing | $400 | 1.0 | $400 |
| 3/11/2026 | RAB | Conversation with client and sub V trustee | Discussion of case status and plan structure | $400 | .8 | $320 |
| 3/15/2026 | RAB | Conversations with client and LinkedIn | Discussion of turnover of client funds and UCC lien | $400 | .5 | $200 |
| 3/16/2026 | RAB | Call with client to prepare for 341 meeting | Also sent filed schedules and discussed next steps regarding interference with contracts | $400 | .5 | $200 |
| 3/16/2026 | RAB | 341 meeting of creditors (via phone) | Call with US Trustee and client. | $400 | .6 | $240 |
| 3/17/2026 | RAB | Collecting money owed | e-mails regarding LinkedIn Learning, Sound Transit | $400 | .5 | $200 |
| 3/19/2026 | RAB | Collecting money owed | Discussions of potential tortious interference claims and status of Plastek | $400 | .5 | $200 |
| 3/19/2026 | RAB | Status Report | Prepared Subchapter V Status report | $400 | 1.0 | $400 |
| 3/19/2026 | RT | Status report | Formatted and filed Subchapter V Status report | $175 | .5 | $87.50 |
| 3/19/2026 | RAB | Sound Transit | e-mails with counsel regarding motion for turnover | $400 | .4 | $160 |
| 3/22/2026 | RAB | Collecting money owed | Follow-up e-mails with client | $400 | .5 | $200 |
| 3/23/2026 | RAB | Scheduling order to client | e-mailed to discuss status of report and Sub V Status hearing | $400 | .4 | $160 |
| 3/24/2026 | RAB | e-mails with client | Status of LinkedIn learning and Sound Transit | $400 | .3 | $120 |
| 3/26/2026 | RAB | e-mail to Subchapter V Trustee | Questions regarding valuation of business | $400 | .3 | $120 |
| 3/27/2026 | RAB | Call and e-mail with client | Discussion re Honeywell, status of clients, collection of pre-petition funds | $400 | .5 | $200 |
| | | | | | | |
| 3/30/2026 | RAB | e-mails with Subchapter V Trustee and client | Questions regarding business valuation, Honeywell | $400 | .5 | $200 |
| | | | All above transferred to billing | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/1/2026 | RAB | Bank statements sent by client | For preparation of monthly operating report | $400 | .4 | $160 |
| 4/1/2026 | RAB | Update from client on taxes | Discussion of alleged tax obligations | $400 | .5 | $200 |
| 4/2/2026 | RAB | Subchapter V status hearing | Appeared by phone after discussion with court about rearranging time of hearing | $400 | .8 | $320 |
| 4/4/2026 | RAB | Update on motions for turnover | Discussions of additional information necessary for court | $400 | .5 | $200 |
| 4/6/2026 | RAB | Discussion of funds for payment of software | e-mails regarding use of funds in trust to pay ongoing expenses of company | $400 | .8 | $320 |
| 4/7/2026 | RAB | Follow-up discussions on monthly operating report | Discussions of MORs | $400 | .4 | $160 |
| 4/8/2026 | JLW | Temporary trust fund refund | Wrote check to EDA, Inc. for $5,000 for a refund so that they can pay their software vendor | NC | NC | $0 |
| 4/10/2026 | RT | Monthly operating report | Filed February 2026 monthly operating report | $175 | .5 | $87.50 |
| 4/10/2026 | RAB | Sound Transit | e-mails with Alan Smith at Perkins Coie regarding turnover motion | $400 | .5 | $200 |
| 4/10/2026 | RAB | Turnover motions | Updated with revised declarations of Bonnie Timms and detail to support factual findings for turnover | $400 | .6 | $240 |
| 4/10/2026 | RT | Filing | Supplemental declaration of Bonnie Timms in support of turnover motions for Plastek and Sound Transit | $175 | 1.0 | $175 |
| 4/15/2026 | RAB | Objection to turnover motions | Reviewed objections filed by Shanna Kaminski to turnover motions. Followed with conversation with Ms. Kaminski on behalf of Epic Advance | $400 | 1.0 | $400 |
| 4/15/2026 | RAB | e-mail to US Trustee and US Attorney | Discussion of upcoming hearing for turnover motions and cash collateral | $400 | .5 | $200 |
| 4/15/2026 | RAB | Court hearing | Hearing on turnover motions and cash collateral, with both motions continued to May 6th | $400 | .5 | $200 |
| 4/21/2026 | RT | Monthly operating report | Filed March 2026 MOR after clarifications from Ms. Timms on cash flow for the month | $175 | .5 | $87.50 |
| 4/21/2026 | RAB | MOR | e-mailed to US Trustee and advised client of filings – we are current until May (for April's filing) | $400 | .5 | $200 |
| 4/22/2026 | BH | Call | Cassandra Watson called from the IRS and said she needs 940 forms for 2023, 2024 and 2025 as well as 941 forms for 2022 (3rd Qtr) through all of 2025. Messaged RAB to let him know. Told RT | NC | NC | $0 |
| 4/27/2026 | RAB | Discussions with client re plan | Discussion re valuation of assets and cramdown for plan | $400 | 1.0 | $400 |
| 4/27/2026 | RAB | Sound Transit/Plastek turnover motions | Negotiations with counsel for Epic Advance | $400 | 1.0 | $400 |
| 4/30/2026 | RAB | Turnover motions | Agreement on terms for proposed order resolving turnover motions and objections | $400 | .5 | $200 |
| 4/30/2026 | RAB | Cash collateral | Drafted and circulated proposed cash collateral order for review by US Trustee and US Attorney | $400 | 1.0 | $400 |
| 4/30/2026 | RAB | Plastek | e-mails with Plastek counsel re resolution of turnover motion and objection | $400 | .5 | $200 |
| | | | All above transferred to billing | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/4/2026 | RAB | e-mails with client regarding receivables | Discussion of progress toward agreed order | $400 | .4 | $160 |
| 5/6/2026 | RT | 2025 taxes. | Emailed client her 2025 taxes to sign. I broke them up into two pdfs | $175 | .5 | $87.50 |
| 5/6/2026 | RAB | Hearing | Hearing on motions with bankruptcy court | $400 | .8 | $320 |
| 5/8/2026 | RAB | Plastek | e-mails with Plastek counsel to resolve turnover motion | $400 | .8 | $320 |
| 5/12/2026 | RAB | Plan | Final drafting of Chapter 11 plan | $400 | 4.0 | $1600 |
| 5/12/2026 | RAB | e-mails | e-mails with US Attorney and counsel for Plastek re turnover motions | $400 | .6 | $240 |
| 5/12/2026 | RT | Plan budget | Formatted budget to file with Plan | $175 | 1.0 | $175 |
| 5/14/2026 | RAB | Orders | Drafted proposed orders on turnover motions | $400 | .5 | $200 |
| 5/15/2026 | RAB | Stipulations | Stipulations on turnover motions for Plastek and Sound Transit with feedback from opposing counsel | $400 | 2.0 | $800 |
| 5/15/2026 | RAB | Sound Transit | Passed along payment instructions and confirmed payment timeframe | $400 | .7 | $280 |
| 5/20/2026 | RT | Service of ballots | Service of ballots with plan and order | $175 | 1.0 | $175 |
| 5/20/2026 | RAB | Amended plan | Drafted amended plan with client updates to budget | $400 | 3.5 | $1400 |
| 5/22/2026 | RAB | Hearing | Drafted motion to continue hearing on amended plan | $400 | .5 | $200 |
| 5/22/2026 | RT | Motion | Filed motion to continue hearing | $175 | .5 | $87.50 |
| | | | All above transferred to billing | | | 0 |
| 6/2/2026 | RAB | Valuation discussions | e-mail with client regarding costs of valuation | $400 | .5 | $200 |
| 6/2/2026 | RAB | Hearing with court | Hearing on Plan and cash collateral | $400 | 1.0 | $400 |
| 6/2/2026 | RAB | Creditor e-mails | Discussions with Liv D'Aquino about claim | $400 | 1.5 | $600 |
| 6/3/2026 | RAB | Order | Drafted order on cash collateral, obtained approval from parties and submitted to court for entry | $400 | .5 | $200 |
| 6/3/2026 | RAB | Pershing ventures | e-mail with pershing ventures about not receiving paperwork despite address correct | $400 | .6 | $240 |
| 6/3/2026 | RT | Order | Service of order on cash collateral | $175 | .5 | $87.50 |
| 6/3/2026 | RT | EXPENSE | Certificate of Service Expense | | | $62.98 |
| 6/12/2026 | RAB | Liv D'Aquino | Received request for April and May MORs | $400 | .4 | $160 |
| 6/19/2026 | RAB | MORs | Prepared monthly operating reports for April and May 2026 | $400 | 1.5 | $600 |
| 6/22/2026 | RAB | MORs | e-mailed to US Trustee and Subchapter V Trustee | $400 | .5 | $200 |
| 6/22/2026 | RAB | Objection | Reviewed Liv D'Aquino objection to cash collateral motion | $400 | .6 | $240 |
| 6/22/2026 | RT | POF | Filed May 2026 Monthly Operating Report | $175 | .5 | $87.50 |
| 6/22/2026 | RT | POF | Filed April 2026 Monthly Operating Report | $175 | .5 | $87.50 |
| 6/22/2026 | RAB | Monthly operating reports | e-mailed to Liv D'Aquino in response to her objection to cash collateral motion | $400 | .5 | $200 |
| 6/23/2026 | RT | POF | Filed Change of Address for EDA | $175 | .3 | $52.50 |
| 6/24/2026 | RAB | Liv D'Aquino | e-mailed regarding her objection to cash collateral motion | $400 | .5 | $200 |
| 6/24/2026 | RAB | Hearing | Attended hearing on cash collateral motion and Liv D'Aquino objection. We are to prepare final order | $400 | 1.0 | $400 |
| 6/30/2026 | RAB | Order | Drafted Final order on cash collateral, received US Trustee and SBA (US Attorney) approval on same | $400 | .8 | $320 |
| 6/30/2026 | RT | Order | e-mailed cash collateral order to judge's chambers for signature | $175 | .5 | $87.50 |
| 6/30/2026 | RAB | Proof of claim | Reviewed SBA proof of claim and attachments | $400 | .4 | $160 |
| 6/30/2026 | RAB | Insurance claim | Review lengthy string of National Casualty Company e-mails | $400 | 1.0 | $400 |
| | | | | | | |