# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

Counsel advised Debtor on filing the bankruptcy petition under Chapter 11 of the Bankruptcy Code. Counsel then obtained court approval to serve as Debtor's Counsel. The Section 341 Meeting of Creditors was held and concluded.

Debtor has prepared its initial Subchapter V, Chapter 11 Plan of Reorganization and an amended Plan. The Debtor is current on its monthly operating reports through the report due for the month of May 2026