**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | EXECUTIVE DEVELOPMENT ASSSOCIATES, INC., D/B/A EDA, INC. | ) ) | 26-40233 |
| | | ) | Chapter 11 (Voluntary), Subchapter V |
| | Debtor and Debtor-in-Possession | ) | |

**<u>DEBTOR'S MOTION FOR VOLUNTARY CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE UNDER SECTION 1112</u>**

COMES NOW Debtor Executive Development Associates, Inc. d/b/a EDA, Inc. (the "Debtor"), by and through Counsel, and for its Motion to Convert their Chapter 11 Case to Chapter 7, states as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 11, 2026
2. Although Debtor recently proposed an amended Subchapter V Chapter 11 plan, it no longer believes it can obtain a confirmed Chapter 11 plan or afford the plan payments that would come due.
3. Debtor is qualified to file for relief under Chapter 7 of the Bankruptcy Code.
4. The conversion to Chapter 7 is being made in good faith. The Debtor is eligible for conversion because it is the debtors in possession, the case was not filed as an involuntary petition, and the case was not converted previously to Chapter 11.
5. It is in the best interest of the creditors of the Debtors that the case be converted.

WHEREFORE, Debtor respectfully request this Court enter an Order converting its Chapter 11 case to Chapter 7, and for any other relief appropriate and just.

Dated: August 10, 2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

**NOTICE OF MOTION**

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov . Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was served on Monday, August 10, 2026 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-Possessiom