Label Matrix for local noticing
0866-4
Case 26-40233-can11
Western District of Missouri
Kansas City
Wed May 20 13:01:41 CDT 2026

Executive Development Associates, Inc.
101 Park Avenue, Ste. 285
Oklahoma City, OK 73102-7209

LifeWork Associates, LLC
c/o Steven W. Soule and John T. Richer
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Academy Bank
1200 E Santa Fe
Olathe KS 66061-0000

Academy Bank
1201 Walnut St.
Kansas City MO 64106-2149

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Bonnie Timms
836 N Broadway
in care of Helen Whitford
Edmond OK 73034-3607

Cable One, Inc.
c/o Todd Koetje, CEO
210 East Earll Drive
Phoenix AZ 85012-2626

Credibly of Arizona LLC
1501 W Fountainhead Parkway
#630
Tempe AZ 85282-1857

Credibly of Arizona LLC
25200 Telegraph Rd #350
Southfield MI 48033-7416

David Komar
7820 NW Cadwallader Rd.
Kansas City MO 64152-3012

Dikesh Chokshi
7414 Winding Lake Cir.
Oviedo FL 32765-5661

Epic Advance
311 Boulevard of the Americas
Lakewood NJ 08701-4958

Epic Advance, LLC
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Ershowsky Verstandig PLLC
c/o attorney Joseph Jacobs
290 Central Avenue, Ste. 109
Lawrence NY 11559-8507

Fundomate
8201 Beverly Blvd,
Los Angeles CA 90048-4542

Fundomate Technologies, Inc.
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Gian Colombo
1519 Nottingham Dr.
Winter Park FL 32792-2224

INTUIT FINANCING INC.
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Liv D'Aquino
716 Hemphill Rd
Stockbridge, GA 30281-2930

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

Pershing Ventures
1712 Pioneer Ave Suite 594
Cheyenne WY 82001-4406

(p)INTUIT FINANCING INC
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES
4315 PICKETT ROAD
ST JOSEPH MO 64503-1600

Scott Dannemiller
Lifework Associates
408 Ramble Woods Circle
Nashville TN 37221-4039

Small Business Administration
Commercial Loan Service Center
Attention: Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Small Business Administration (SBA)
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Smart Business
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Smart Business Funding
2420 NE 186th St
Miami FL 33180-0000

St. Luke's University Health Network
c/o Richard A Anderson, CEO
801 Ostrum St.
Bethlehem PA 18015-1000

(p)U S ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

George Matthew Barberich Jr
GlassRatner Advisory & Capital Group, LL
7101 College Boulevard
Suite 730
Overland Park, KS 66210-2075

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Quickbooks Capital
2700 Coast Ave.
Mountain View CA 94043-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Epic Advance, LLC

(u)United States of America

(d)LifeWork Associates, LLC
c/o Steven W. Soule and
John T. Richer
Hall, Estill, et al.
521 East 2nd Street, Suite 1200
Tulsa, OK 74120-1855

(d)Liv D'Aquino
716 Hemphill Rd.
Stockbridge GA 30281-2930

(u)Ryan Blay

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 45 |
| Bypassed recipients | 5 |
| Total | 50 |