**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | EXECUTIVE DEVELOPMENT ASSSOCIATES, INC., D/B/A EDA, INC. | ) ) | 26-40233 |
| | | ) | Chapter 11 (Voluntary), Subchapter V |
| | Debtor and Debtor-in-Possession | ) | |

**WITHDRAWAL OF DEBTOR'S MOTION FOR VOLUNTARY CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE UNDER SECTION 1112 (DOC. #96)**

COMES NOW Debtor Executive Development Associates, Inc. d/b/a EDA, Inc. (the "Debtor"), by and through Counsel, and states as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 11, 2026

2. On Aug. 10, 2026, Debtor filed Doc. #96, its Motion for Voluntary Conversion of Chapter 11 Case to Chapter 7 Case.

3. Debtor has since learned of potential contracts that would allow it to cover its expenses and capture income to fund the previously proposed Chapter 11 Plan.

WHEREFORE, Debtor respectfully withdraws its Motion to Convert its Chapter 11 case to Chapter 7, and for any other relief appropriate and just.

Dated: 8/24/2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal of Motion was served on 8/24/2026 by providing an electronic copy to United States Trustee, and electronically to all parties of interest receiving CM/ECF Electronic Notice

/s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-Possessiom